385 Pa. 435 (1956)
Ditko Appeal.
Supreme Court of Pennsylvania.
Argued April 20, 1956.
June 25, 1956.
Before STERN, C.J., JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.
*436 Samuel Gorson, with him Albert S. Readinger and Samuel R. Liever, for appellant.
Robert F. Shapiro, Assistant City Solicitor, with him C. Wilson Austin, City Solicitor, for appellee.
OPINION PER CURIAM, June 25, 1956:
The order entered in the Court below is affirmed on the Opinion of Judge WARREN K. HESS.